**Order filed, November 03, 2015.**



In The

# Fourteenth Court of Appeals

—————————

## NOS. 14-15-00791-CR
## 14-15-00792-CR

—————————

## EX PARTE CARLOS ALBERTO BUSTOS, Appellant

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1350260, 1355620**

## ORDER

The reporter's record in this case was due **August 11, 2015**. *See* Tex. R. App. P. 35.1. On **October 01, 2015**, this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Pamela Knobloch**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Pam Knobloch** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM